## VASON *v.* VASON.

EVANS, P. J. There was no abuse of discretion in allowing alimony in this case.

*Judgment affirmed. Fish, C. J., absent. The other Justices concur.*
MARCH 15, 1911.

Temporary alimony. Before Judge Reagan. Butts superior court. December 30, 1910.

*C. L. Redman,* for plaintiff in error. *W. E. Watkins,* contra.